IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLARA P. HAWKINS,

    Plaintiff,

v.                                                     CV No. 18-778 CG/KRS

UNITED STATES AIR FORCE,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

**THIS MATTER** is before the Court on Plaintiff's *Motion to Amend Complaint*, (Doc. 25), filed December 10, 2018. In her Motion, Plaintiff requests leave of Court to file an amended complaint. (Doc. 25).

Under Fed. R. Civ. P. 15(a)(1)(B), a party may amend its pleadings once as a matter of course within 21 days after service of a responsive pleading. On November 27, 2018, Defendant filed its answer to Plaintiff's original complaint. (Doc. 20). Therefore, Plaintiff's proposed amendment is within the 21-day deadline as required by Fed. R. Civ. P. 15(a)(1)(B). Having reviewed the motion, noting Plaintiff may amend her pleadings once as a matter of course, and being otherwise fully advised, the Court finds that the motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Amend Complaint*, (Doc. 25), is **GRANTED** and Plaintiff shall file her first amended complaint by **December 14, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE