IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLARA P. HAWKINS,

    Plaintiff,

v.                                            No. 2:18-cv-00778-CG-KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on February 11, 2019 the Court reviewed the parties' Amended Joint Status Report and Provisional Discovery Plan (Doc. 36), and adopted it as modified on the record and set forth in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE