# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLARA P. HAWKINS,

      Plaintiff,

v.

                                  No. CIV 18-778 CG/KRS

UNITED STATES AIR FORCE
(Cannon Air Force Base),

      Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEFENDANT'S EXPERT DISCLOSURE DEADLINE

This matter comes before the Court on Defendant's Unopposed Motion to Extend Defendant's Expert Disclosure Deadline (Doc. 47). Defendant requests an additional thirty days.

The Court has reviewed the Motion and finds that it should be granted.

IT IS HEREBY ORDERED that the deadline for Defendant's Expert Disclosures is extended from June 12, 2019 to **July 12, 2019.**

                                              _____
                                              THE HONORABLE KEVIN R. SWEAZEA
                                              United States Magistrate Court Judge