# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLARA P. HAWKINS,

     Plaintiff,

v.

                                               No. CIV 18-778 CG/KRS

UNITED STATES OF AMERICA,

     Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED SECOND MOTION TO EXTEND DEFENDANT'S EXPERT DISCLOSURE DEADLINE

This matter comes before the Court on Defendant's Unopposed Second Motion to Extend Defendant's Expert Disclosure Deadline. Defendant requests an additional 30 days.

The Court has reviewed the Motion and finds that it should be granted.

IT IS HEREBY ORDERED that the deadline for Defendant's Expert Disclosures is extended from July 12, 2019 to **August 11, 2019.**

_____
THE HONORABLE KEVIN R. SWEAZA
United States Magistrate Judge