IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLARA P. HAWKINS,

    Plaintiff,

v.                                                                                           CV No. 18-778 CG/KRS

UNITED STATES AIR FORCE,

    Defendant.

## ORDER DENYING AS MOOT DEFENDANT'S MOTION IN LIMINE

**THIS MATTER** is before the Court upon review of the record and notice that this matter has settled. *See* (Doc. 63).

**IT IS HEREBY ORDERED** the Defendant United States of America's *Motion in Limine to Offset Non-Collateral Tricare Payments from any Award of Medical Expenses*, (Doc. 62), filed November 4, 2019, is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE