IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLARA P. HAWKINS,

    Plaintiff,

v.                                    CV No. 18-778 CG/KRS

UNITED STATES AIR FORCE,

    Defendant.

## ORDER VACATING TRIAL AND PRETRIAL CONFERENCE

**THIS MATTER** is before the Court upon review of the record and notice that this matter has settled. *See* (Doc. 63).

**IT IS HEREBY ORDERED** that the pretrial conference set for January 21, 2020 at 2:00p.m., and the Bench Trial scheduled to commence on February 4, 2020, at 9:00a.m., are **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE