IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLARA P. HAWKINS,

    Plaintiff,

v.                                                Case No. 18-cv-778 CG/KRS

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Clara P. Hawkins and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action is dismissed with prejudice, with all parties to bear their own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

                Respectfully submitted,

                JOHN C. ANDERSON
                United States Attorney

                */s/ Erin E. Langenwalter 11/25/19*
                ERIN E. LANGENWALTER
                TIFFANY WALTERS
                Assistant United States Attorneys
                P.O. Box 607
                Albuquerque, New Mexico 87103
                (505) 224-1471
                Fax: (505) 346-7205
                erin.langenwalter@usdoj.gov
                tiffany.walters2@usdoj.gov
                *Attorneys for Defendant*

                and

                */s/ Approved via email on 11/5/19*
                DANIEL R. LINDSEY
                920 Mitchell Street
                Clovis, NM 88101-5816

                                                (575) 763-8900
                                                Fax: (575) 763-8900
                                                danlindsey@suddenlink.net
                                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 25, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following party or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

      Daniel R. Lindsey: danlindsey@suddenlink.net

                                                  */s/ Erin E. Langenwalter 11/25/19*
                                                ERIN E. LANGENWALTER
                                                Assistant United States Attorney